# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 22, 2024

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

    Re: Curtrina Martin, Individually and as Parent and Next Friend of
        G.W., a Minor, et al.
        v. United States, et al.
        Application No. 24A74
        (Your No. 23-10062)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Thomas, who on July 22, 2024, extended the time to and including September 27, 2024.

This letter has been sent to those designated on the attached notification list.

                              Sincerely,

                              **Scott S. Harris**, Clerk

                              by  LN/SF

                              Lisa Nesbitt
                              Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Patrick Michael Jaicomo
Institute for Justice
901 North Glebe Road
Suite 900
Arlington, VA  22203


Mrs. Elizabeth B. Prelogar
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001


Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



FIRST-CLASS MAIL
07/23/2024
US POSTAGE $000.69
US OFFICIAL MAIL
$300 Penalty
For Private Use
ZIP 20543
041M11120601



U.S. MARSHALS SERVICE
Atlanta, GA

JUL 2 9 2024

CLEARED SECURITY

303038229S  C007